United States District Court
Southern District of Texas
**ENTERED**
February 26, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF'TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **MATTHEW ARNOLD PEARSON, II** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:24-CV-00335** |
| | § | |
| **HOUSTON ZOO, INC.** | § | |
| **Defendant.** | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice. In accordance with that Stipulation and Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH PREJUDICE. Accordingly, the Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

SIGNED on this the 26th day of February, 2026.

**ANDREW M. EDISON**
**UNITED STATES MAGISTRATE JUDGE**